United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kevin J. Dillard, Plaintiff,<br><br>v.<br><br>Geo Care Treasure Coast Forensic Treatment Center, Defendant. | )<br>)<br>)<br>) Civil Action No. 23-22423-Civ-Scola<br>)<br>)<br>) |

### Judgment in a Civil Action

The Court has dismissed this action. (ECF No. 18.) Because the order dismissing this action is a judgment, as defined by Rule 54(a) of the Federal Rules of Civil Procedure, the Court enters judgment in this matter under Rule 58 of the Federal Rules of Civil Procedure. This matter is to remain **closed**.

**Done and ordered** at Miami, Florida on November 27, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

Copies vis U.S. mail to:
**Kevin J. Dillard**
1764 N.W. 48th Street
Miami, FL 33142